**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01198-CMA-MJW

SHEE HEWLETT,

    Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL INC., a Minnesota corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: June __11__, 2012

                    BY THE COURT:

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Court Judge